P. Charles Di Neri, as Secretary-Treasurer of Barber and Beauty Culturists Union of America, Local No. 7, Appellant, v. Nathan Agrin, Doing Business as Hattie's Beauty Shop, Respondent.— Motion for leave to appeal to the

Appellate Division denied, with ten dollars costs. Present — Close, P. J., Hagarty, Carswell, Johnston and Aldrich, JJ.